# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:11 CR 30

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| WALTER CORNELIUS USSERY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** has come before the court pursuant to a motion filed by counsel for defendant entitled "Motion For Unsecured Bond" (#41). The court has heard the motion and has determined to deny the motion and is entering a separate detention order and addendum to detention order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the defendant's "Motion For Unsecured Bond" (#41) is hereby **DENIED**.

Signed: November 2, 2011

Dennis L. Howell
United States Magistrate Judge